UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID G. FOX,

      Plaintiff,

vs.

                                  Civil Action 2:12-CV-324
                                  Judge Watson
                                  Magistrate Judge King

DOCTOR EDDY, et al.,

      Defendants.

## ORDER

On August 28, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment, Doc. No. 17, be granted and this action be dismissed. *Report and Recommendation*, Doc. No. 29. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, Doc. No. 29, is hereby **ADOPTED** and **AFFIRMED**. The defendants' motion for summary judgment, Doc. No. 17, is **GRANTED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**